IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| PRINCELLA V STEELS, § § Plaintiff, § VS. § DAVID CHARLES STEELS, § § Defendant. § | CIVIL NO. 2:17-CV-126 |

# ORDER

Plaintiff Princella Steels ("Steels") filed this 42 U.S.C. § 1983 action alleging claims the Magistrate Judge to whom this case was referred pursuant to 28 U.S.C. § 636(b) recommends are frivolous and fail to state a claim upon which relief can be granted. *See* Memorandum and Recommendations ("M&R"), Dkt. No. 8. The deadline to file objections to the Magistrate Judge's proposed findings and recommendations has passed. *See* 28 U.S.C. § 636(b)(1) (setting 14-day deadline to file objections); Fed. R. Civ. P. 72(b)(2) (same); *see also* M&R at 8 (advising parties of 14-day deadline). Steels has filed one document the Court construes as objections to the M&R, Dkt. No. 10. Yet this document was filed subsequent to the deadline to respond to the M&R, and in any case does not offer any cognizable substantive objection to its findings. *See id.*

Accordingly, after independently reviewing the record and considering the applicable law, the Court adopts the magistrate judge's proposed findings and recommendations, and **DISMISSES WITH PREJUDICE** Steels' § 1983 action, Dkt. No. 1. To the extent Steels' complaint has alleged any state law claims under Texas law, however, the Court dismisses these claims without prejudice.

The Clerk is instructed to send notice of this dismissal to the United States District Clerk for the Southern District of Texas, Houston Division, Attn: Beverly Goolsby, 515 Rusk St., Houston, Texas, 77002.

The Clerk shall close this case after entering the accompanying judgment.

It is so ORDERED.

SIGNED this 21st day of August, 2017.

_____
Hilda Tagle
Senior United States District Judge